MERNER, by guardian *ad litem,* Respondent, vs. COMSTOCK, Appellant.

For the appellant: *C. F. Rouiller* of Milwaukee.
For the respondent: *Stover & Stover* of Milwaukee.

*By the Court.*—Order affirmed.


WILL OF GOLDBERG: CHERNOFF, Appellant, vs. GOLDBERG and others, Respondents.

For the appellant: *Oscar M. Nebel,* attorney, and *Timlin & Dean,* of counsel, all of Milwaukee.

For the respondents: *John F. Thieman* of Milwaukee, guardian *ad litem.*

*By the Court.*—Order affirmed.